MAY 18, 2022

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA-SAN FRANCISCO DIVISION

Dennis Chan Lai,

Plaintiff'

Vs                          CASE NO_____

                            CV22-3067 JCS

                            to be docketed

COINBASE GLOBAL, INC,

COINBASE, INC

Defendants

## Complaint

### Jurisdiction

Plaintiff and defendants have jurisdiction by Diversity citizenship, Plaintiff resides in San Francisco California UNITED STATES OF AMERICA and Defendants HEADQUARTERS office in New York United States Diversity citizenship, 28 USC 1332.

### CAUSE OF ACTION ONE

1. PLAINTIFF Mr. Dennis Chan Lai was recruited by NOW KNOWN SCAM CON ARTIST, by this SCAM GROUP? Sending young girl pictures, into Facebook accounts to scam as here HACKING INTO NEGLIGENT, PLAINTIFFS COINBASE AND WALLETS,

1 Relief

**CRYPTO SCAMS to U.S.A BY fraud.  CAUSED THE SERIOUS INJURIES AND DAMAGES BELOW "FACTS."**

2. Consumers whose NEGLIGENT Coinbase "wallets" or accounts have allegedly been frozen by the nation's largest cryptocurrency exchange or **hacked by third parties**.

3. My complaint, NEGLIGENT Coinbase, contrary to its Coinbase advertise internet promise to afford customers a secure platform through which to buy, store and transact crypto assets, Coinbase wallets are "improperly and unreasonably" locks out users, hackers, and NEGLIGENT Coinbase staff "FRAUD and WALLET" departments simply ignore customers HACKING COMPLAINTS.

4. FALSE ADVERTIZE REFUND COINBASE PROMOTES SAFE SECURITY. "NON RESPONSIVE COINBASE"  NO HELP FROM HACKERS blocking them from accessing their accounts and funds, "either for extended periods of time or permanently."

5. This is incredibly problematic as far as cryptocurrencies are concerned due to their extreme volatility, meaning a customer's inability to access their account in a timely manner might cause severe financial losses, AS case, filed in California

CRISTIAN KELLY and KENNETH THALL plaintiff's

vs

COINBASE GLOBAL INC, COINBASE INC,

2 Relief

Class action on August 3, stresses. Making matters worse, the lawsuit says, is that Coinbase, reportedly boasting more than 56 million users across 100 countries and more than $335 billion in crypto assets, fails to timely respond to customer support inquiries and preserve and safeguard users' funds as ADVERTIZED ON INTERNET promised, IS False.

Overall, the filing alleges Coinbase has fallen far short of its assurance to allow customers full control over their cryptocurrencies.

"As a result of Coinbase's conduct, Plaintiffs and Class Members have been damaged through the loss of their wallet and account access, the funds and investments in those accounts and, among other things, their investment opportunities," the suit alleges, and same in this instant case.

Per the lawsuit, NEGLIGENT Coinbase holds itself out as "the easiest place to buy and sell cryptocurrency" and "[t]he most trusted cryptocurrency platform." The company also represents that customers are able to be in full control of their assets, and that its wallet, i.e., an account that reflects how much in assets and funds a user has, is the easiest, safest solution as far as buying, selling and sending crypto, the cases say.

All above false, NEGLIGENT Coinbase staff, "fraud" and "wallet" department, open a claim of hacked frozen account, and simple CLOSE THE ACCOUNT with no INVESTIGATION.

6. The plaintiffs, Dennis Chan Lai and brother Ernest Chan Lai, Coinbase users allege that they signed on with the company with the reasonable expectation that they would be able to access their crypto wallets whenever they wanted. The plaintiff claim, however, that they were each locked out of their accounts, which held total values of Ethereum, and tether USDT, of around

INITIAL $ 9,000, investment,

THAT IS FROZEN NOW AT  $ 7921.00, and brothers account  $4,000.00 now frozen sitting at $7921.00 plus 2 EHT  $14,000 and another  $7900.00 still growing.   Sitting in wallet now ,  total  $29,821.00  to $35,000.00

7. Respectively, and had their crypto assets frozen by  negligence Coinbase, hackers , with requests to address the problem going unresolved AND SIMPLE IGNORED by negligent  Coinbase FRAUD AND WALLET DEPARTMENT AND COINBASE CUSTOMER SERVICE.

8. Tackling the defendant's mandatory arbitration provision, the suit notes that although Coinbase's User Agreement, which customers must agree to upon creating an account, contains an arbitration clause,

**the negligent Coinbase company "systematically fails to follow its own mandated pre-arbitration dispute resolution and arbitration procedures," t**hereby rendering the provision void as to the allegations in the proposed action.

The suit alleges **negligent Coinbase,** upon information and belief, knew or should have known (Coinbase knows AND IS **FULLY AWARE OF HACKERS,**  because Coinbase shows **video scams  that tell you exactly how hackers drain Coinbase wallet funds)** that **it did not (today still does not) have adequate staffing or policies and procedures in place to follow its own pre-arbitration dispute resolution provision.**

When plaintiffs contact  COINBASE customer service, they offer NO HELP, and tell plaintiff, the "Coinbase fraud department and "WALLET" department will contact plaintiff,  yet, Coinbase

4 Relief

**DOES NOT respond with ANY INFORMATION FROM INVESTIGATION,** Customer service opens an complaint with complaint number

 **and then SIMPLY CLOSES THE ACTION in few days.**

**SIMPLY SAYING WE ARE CLOSING THIS CLAIM??**

 **NO RESPONSE, NO INVESTIGATION,**

**SIMPLY SAYS WE ARE closing this claim?**

 **Creating injury and fraud, false advertising that funds are protected, when negligent Coinbase simply, DOES NO INVESTIGATION REPORTS, simply CLOSES ANY COMPLAINT AS "CLOSED" CONTRARY TO COINBASE ADVERTIZING, TO REFUND FUNDS IF HACKERS REMOVE FUNDS FROM COINBASE WALLETS.**

"Accordingly, Coinbase

**misrepresented its ability to comply nor raise its own arbitration procedures,** fraudulently induced Plaintiffs and Members to accept the User agreement with the Arbitration Provision, breached their duties under the Arbitration provision, and rendered Plaintiffs' and Members' acceptance of it a mistake of fact, if not rendering the Arbitration provision *void ab initio*," the lawsuit contends.

    The **EXAMPLE suit** looks to represent a proposed class that covers all current and former Coinbase account users and/or consumers in the U.S. who registered for a Coinbase account at any time on or after the day four years prior to the date on which the related claims to lawsuit CRISTIAN KELLY and Kenneth Thall BEHALF OF ALL OTHERS, was filed (August 3, 2021), TO Northern District of California San Francisco division court. Who maintained

funds and/or cryptocurrency in their account and who were subsequently deprived of access to, or lost, their funds and/or crypto due to the company's conduct.

## SECOND CAUSE OF ACTION

**Defendants selling unregistered crypto platforms, Ethereum, tether, USDT and many other unregistered platforms.**

## THIRD CAUSE OF ACTION

9. Breach of Contract and Implied Covenant of Good Faith and fair dealing. Plaintiff incorporate by reference and reallege each and every allegation contained above though fully set forth herein.

10. Plaintiff entered into written contract, the User agreement, with defendants upon their registration for Coinbase account. Plaintiffs were presented with User agreement on take it or leave it basis and had no opportunity to negotiate any of the specific terms or provisions thereunder.

11. Specifically, defendants breached the User agreements and the implied covenant of good faith and fair dealing by failing to enable plaintiffs and Class members to have immediate access to their accounts, the funds and cryptocurrency assets within those accounts, and to process only the respective customer's transaction within those accounts.

12. Defendants breached the User Agreements and the implied covenant of good faith and fair dealing by failing to timely respond to

6 Relief

and resolve plaintiff regarding security threats, hacking and technological issues that precluded plaintiff access to their accounts and cryptocurrency assets.

13. As a result, Plaintiff were damaged by including but not limited to, their payments transaction fees, loss of use of their accounts, inability to access the funds and cryptocurrency assets in their accounts and loss of value of those assets, all in an amount to be proven at trial.

## FOURTH CAUSE OF ACTION

14. Defendants have asserted, and improperly maintain, dominion and control over plaintiff's accounts, and funds and cryptocurrency assets by preventing Plaintiff to access their accounts and take possession of their account funds and cryptocurrency assets.

## BACKGROUND FACTS

1. Dennis Chan Lai was contacted by SCAM BY several young girl pictures through Facebook to my e mail.

2. Out of several girl pictures, plaintiff spoke to, I chose to speak to MS scam named Amy Lin, because she suggested the

3. top platform "COINBASE" A 350 BILLION DOLLAR EXCHANGE which I looked up in internet, says top crypto PLATFORM for investing into CRYPTO CURRENCY.

4. I READ the COINBASE INTERNET says,

5. if hacker fraud steals the funds from Coinbase account, COINBASE WILL REFUND the stolen funds.

6. I opened my wallet, which scam hacker Ms. Amy Lin said in order to mine, I must put in ETH $50.00 WHICH she said she would put into my says COINBASE WALLET, TRANSFERRED FROM COINABASE ACCOUNT.

7. I know from other bitcoin accounts, I was given address and codes to put moneys into bitcoin wallets, and safe that no one can steal from his wallet from giving me bitcoin wallet address and qtr. code.

8. (later reading the Coinbase video's, one video says, when hacker puts in this money into ETH account, this GIVES THE HACKER ACCESS TO ALL MY FUNDS IN THE WALLET?  SO WHAT GOOD IS THIS TWO CODE, 6 DIGIT CODE AND 12 KEY CODE IF HACKER CAN JUST DRAIN THE WALLET BY PUTTING MONEY INTO ETH account?

9. The Coinbase wallet, says two PROTECTIONS CODES,

A, FIRST 6 DIGIT PASSWORD CODE TO GET INTO THE WALLET AND A SECOND 12 KEY CODE TO TRANSFER FUNDS OUT OF THE WALLET. Knowing these two verifications, I FELT ASSURED MY INVESTMENT WAS SAFE.

10. I first invested $1,000.oo into the COINBASE ACCOUNT, to transfer the $1,000 minus small fees ends up $950.oo in Coinbase wallet.

11. I repeat, knowing the two a, 6 digit code and 12 key code only myself has, I felt my funds were safe from hackers.

12. I was mining the $1,000.oo daily, with .020 profit per day?

13. I invested another $1,000.oo and my wallet kept making this .020 profit per day?

14. I invested another $2,000.oo wired from my bank account, now $4,000.oo total in Coinbase Wallet now. Mining a daily profit of .020 to .024 per day?

15. I was fooled thinking I am making ($80 to $90 dollars a day, so if I put another $1,000.oo I would be making $100.oo per day within 24 hours, so I put the last $1,000.oo for total personal investment of $5,000.oo minus fees to transfer of $50.oo ball park fee.

16. Within (6) six weeks my profit of .020 to .024 built profit $2921 to my investment $5,000 total $7921.oo.

17. THAT IS FROZEN NOW AT $ 7921.oo, brothers account $4,000.oo now frozen sitting at $7921.oo plus 2 EHT $14,000 and another $7900.oo still growing. Sitting in wallet now,

18. total $29,821.oo UP TO $35,000.oo all frozen in wallet, (this is still reading in the wallet) but frozen cannot access the funds.

19.     Which I informed my brother Ernest Chan Lai to invest in Coinbase wallet as I have been doing.

20.     Brother Ernest agreed, he put in $2,000.oo but the money was frozen by the bank, and he invested another $2,000.oo opened the COINBASE account and transferred the $2,000.oo into the Coinbase wallet, minus $50.oo fees.

21.     While my brother trying to open his Coinbase and wallet, my funds were GONE from my wallet?  Hacked by the scammers?   I called Amy, she said I was picked at random to have my funds put in an account, she said agreed contract???

22.     Another fraud  I was never told about this **pledge** account with 1.5 penalty, means I NEVER AGREED to any fraud hacker contract).

23.     Contract law, two parties must agree.

24.     Funds put (all of the sudden ALL FUNDS KIDNAPPED into Pledge (HACKER)  account, for 30 days to receive double profits and end of 30 days receive two  ETH tokens which adds to $14,000.oo total?

25.     But fraud is requirement requires $20,000.oo IN THE ACCOUNT TO BENEFIT THE NEW PROFITS OR LOSE 1.5 PENALTY WHICH WIPES OUT ALL INVESTMENTS.

26. So double daily income and receive $14,000.oo two ETH sounds good right?

27. I chat the pledge account, the chat said, I must put in $12,000 within 30 days or face a 1.5 times profit penalty???

28. The pledge account says in 30 days a $20,000.oo in the account WAS A REQUIREMNT.

29. I KEPT ASKING AMY what is this $20,000.oo requirement, <u>she kept Evasive response, hiding LYING, FRAUD, COVER UP, THEIR SCAM.</u>

30. THIS IS THEIR SCAM, STEALING YOUR FUNDS HACKED INTO THEIR ACCOUNT, SO I HAVE NO ACCESS TO MY FUNDS, AND IN 30 DAYS, ANY PERSON IN THEIR RIGHT MINE WOULD NOT PUT ANOTHER PENNY IN THE ACCOUNT, IT MAY BE STOLEN AGAIN. AND AGAIN.

31. <u>The 1.5 times profit would wipe out all my investment.</u>

32. So Amy proves she's part of this fraud conspiracy to hack steal peoples monies.

33. It was Too late to stop my brother putting in his $4,000.oo. Brother's account was also hacked and funds gone into this pledge account, so we had NO ACCESS TO OUR FUNDS ANYMORE.

34. My brother wallet says, he must require $35,000.oo??? in 30 days??

35. Means he put in $4,000.oo and now they want brother to put in $31,000.oo WITHIN 30 DAYS to make double profit and get two ETH tokens?? Absolutely ridicules!

36. We both filed complaints to negligent Coinbase customer service.

37. They said they will contact "Fraud" Coinbase to e mail me, They never responded,

38. They said, they will have **WALLET** department contact me, they never responded.

39. I and brother filed several complaints, several account complaint numbers and all negligent COINBASE customer service DID NOTHING, BUT RESPOND SAYING WE EXAMINE THE ACCOUNT AND ARE CLOSING THE ACCOUNT. ALL COMPLAINTS CLOSED,

40. I READ the COINBASE civil law suits, and suing class actions against Coinbase for NON-RESPONSIVE, TO CLAIMS,

41. ALL Coinbase negligent CUSTOMER SERVICE DOES IS lie, lie and lie and close the account after NO INVESTIGATION,

42. My Wallet Dennis Chan Lai I tried to stop the stealing of tokens, but reducing the token amount, is ONE WAY OF STOPPING HACKERS. But when I open the token section of the account, the token section was locked closed. I was not able to reduce The stealing tokens amount down to "0".

43. I guess hackers sealed off this token account so I could not prevent hackers from stealing the funds.

44. It has passed 30 days period, and all the funds still read in the pledge hidden account, with the profit double profit and 2 TOKES ETH .

45. NOW negligent COINBASE CUSTOMER service is ABSOLUTELY NO HELP, for Coinbase technicians to help me, find a way to remove the hidden funds back into my wallet to I may transfer the funds back to Coinbase account away from hackers??

12 Relief

46.  Coinbase ABSOLUTELY <u>NO HELP recovering</u> funds and ABSOLETLY <u>no help in Coinbase policy</u>, THEY WILL REFUND THE LOST FROM NEGLIGENT COINBASE, from HACKERS which THEY ADVERTIZE.

### SECOND SET OF FACTS

<u>Defendants selling unregistered crypto platforms, Ethereum, tether, USDT and many other unregistered platforms</u>.

<u>Caused injuries</u>

1. From negligent Coinbase fraud breach their ADVERTIZED SAFE COINBASE WALLETS PLATFORMS, COINBASE SIMPLY BREACHED ITS CLAIMS TO REFUND HACKERS THEFT OF COINBASE ACCOUNTS AND WALLETS.

2. Negligent COINBASE FRAUD SELLING UNREGISTERED CRYPTO PLATFORMS AS ETHEREUM, TETHER, USDT.

3. ALL PLAINTIFF'S negligent COINBASE WALLETS AND BROTHERS WALLETS FROZEN STOLEN INTO HIDDEN ACCOUNTS.

4. Attorney fees when hired, $10,000.oo

13 Relief

5. Punitive damages   $100,000.oo

## Relief

1. This honorable court shall award investment $7921.oo return to plaintiffs account just as plaintiff ADVERTIZES, COINBASE WILL REFUND IF COINBASE IS HACKED, ACCOUNT now FROZEN sitting at $30 to 35,000.oo.

2. The Honorable court shall award $100,000.oo in punitive damages, for injury, stress, time lost, future profits lost.

3. Defendants should pay plaintiff attorney fees, When hired, $10,000.oo

## Conclusion

For all the reasons above, the Honorable Court shall award plaintiff damages from injuries, caused by defendants NEGLIGENCE, NEGLECT, FRAUD  FAILED POLICYS, permitting SCAM CONSPIRATORS TO BE FREE AT WILL TO HACK negligent COINBASE UNWEARY CUSTOMERS.

## Certification

I certify that all the above is all true and correct under penalty of perjury, Dated MAY 25, 2022,

Notary,  28 USC 1746,  In lieu of Notary,

Coinbase GLOBAL Inc.,
Legal staff

14 Relief

82 Nassau St #61234,
New York, NY 10038.

Coinbase Inc California
Legal staff
430 California set
San Francisco, Ca 94104-1301

Thank you

*[signature: Dennis Lai]*

Dennis Chan Lai   Plaintiff

1771   21ST   AVENUE

San Francisco   Ca   94122

415 745 6699

dennischan999@gmail.com

15 Relief