UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

DENNIS CHAN LAI,

    Plaintiff,

v.

COINBASE GLOBAL, INC., et al.,

    Defendants.

Case No. 22-cv-03067-JCS

**ORDER GRANTING MOTION FOR A MORE DEFINITE STATEMENT**

Re: Dkt. No. 10

Defendant brings a Motion for a More Definite Statement ("Motion") pursuant to Rule 12(e) of the Federal Rules of Civil Procedure. The Court has reviewed Defendant's Motion, which Plaintiff has not Opposed, and finds that it is suitable for determination without oral argument. Therefore, the Court vacates the motion hearing scheduled for September 2, 2022 pursuant to Civil Local Rule 7-1(b). The Court further finds that Plaintiff's allegations regarding diversity jurisdiction are incomplete, that his factual allegations are almost unintelligible and that the basis for his claims is unclear. Therefore, the Court GRANTS the Motion and orders Plaintiff to file a complaint that is in compliance with Rule 8 of the Federal Rules of Civil Procedure, which requires a "short and plain statement of the grounds for the court's jurisdiction" and a "short and plain statement of the claim showing that the pleader is entitled to relief[.]" Plaintiff shall file an Amended Complaint that provides a more definite, short and plain statement of this Court's jurisdiction and of his allegations and claims against each Defendant no later than **September 9, 2022**.[1]

    **IT IS SO ORDERED.**

Dated: August 25, 2022

JOSEPH C. SPERO
Chief Magistrate Judge

---

[1] The parties have consented to the jurisdiction of a United States magistrate judge pursuant to 28 U.S.C. § 636(c).